**MS&B** McMANIMON · SCOTLAND · BAUMANN

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

30125-001

**Sari B. Placona**
(973)-721-5030
splacona@msbnj.com

December 4, 2024

**VIA ECF**
Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application **GRANTED in part**. The initial pre-trial conference is **ADJOURNED** to **January 15, 2025, at 4:10 P.M**. The parties shall submit their pre-conference materials by **January 8, 2025**. The conference will be telephonic at conference line (855) 244-8681, access code: 23111938649. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 10.
>
> Dated: December 5, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   Trustees of the New York City District Council of Carpenters, et. al v. G & S Concepts, Inc. and Prime Installations
       Docket No. 1:24-cv-08250-LGS

Dear Judge Schofield:

The undersigned represents G & S Concepts, Inc. ("G&S") in the above referenced matter which was filed on October 30, 2024. Please allow this correspondence to serve as G&S' Letter Motion, pursuant to Local Rule 7.1(d), to adjourn certain deadlines in this matter and reschedule the initial case management conference, currently scheduled for December 13, 2024.

An initial case management conference is set before Your Honor on December 13, 2024, with a joint letter due on December 6, 2024. With the consent of Plaintiff's counsel, Maura Moosnick, Esq., we respectfully request an adjournment of these deadlines so as to enable counsel to review the pleadings and documentation provided by Ms. Moosnick. We request the joint letter be due on January 3, 2025 and the hearing to follow on January 10, 2025. This is G&S' first request for an extension of time.

Thank you for Your Honor's courtesy and consideration in reviewing our request.

Sincerely,

*/s/ Sari B. Placona*

Sari B. Placona