UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TRUSTEES OF THE NEW YORK CITY              :
DISTRICT COUNCIL OF CARPENTERS             :
PENSION FUND, et al.,                                  :            24 Civ. 8250 (LGS)
                                        Plaintiffs,        :
                                                            :                  ORDER
                    -against-                           :
                                                            :
PRIME INSTALLATIONS INC. and G&S      :
CONCEPTS INC.,                                      :
                                        Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, an Order dated November 1, 2024, scheduled an initial pretrial conference in this action for December 13, 2024.

 WHEREAS, Defendant G&S Concepts, Inc., appeared in this action on December 2, 2024.

 WHEREAS, an Order dated December 5, 2024, adjourned the initial pretrial conference scheduled for December 13, 2024, to January 15, 2025.

 WHEREAS, Defendant G&S Concepts, Inc., has failed to file an answer or response to the Complaint, which was due by December 4, 2024.  It is hereby

 **ORDERED** that the initial pretrial conference scheduled for January 15, 2025, is **ADJOURNED** to **January 29, 2025, at 4:10 P.M.**  The parties shall file a joint proposed Case Management Plan by **January 22, 2025**.  It is further

 **ORDERED** that, by **January 17, 2025**, Defendant G&S Concepts, Inc., shall answer or otherwise respond to the Complaint.  It is further

 **ORDERED** that, if Defendant G&S Concepts, Inc., fails to answer or otherwise respond

to the Complaint, Plaintiffs shall file a proposed Order to Show Cause for default judgment and related papers pursuant to the Court's local rules by **February 4, 2025.**

Dated: January 10, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2