UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY                  :
DISTRICT COUNCIL OF CARPENTERS                 :
PENSION FUND, et al.,                          :        24 Civ. 8250 (LGS)
                              Plaintiffs,      :
                                               :              ORDER
              -against-                        :
                                               :
PRIME INSTALLATIONS INC. and G&S               :
CONCEPTS INC.,                                 :
                              Defendants.      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, an Order dated November 1, 2024, scheduled an initial pretrial conference in this action for December 13, 2024.

  WHEREAS, Defendant G&S Concepts, Inc., appeared in this action on December 2, 2024.

  WHEREAS, an Order dated December 5, 2024, adjourned the initial pretrial conference scheduled for December 13, 2024, to January 15, 2025.

  WHEREAS, an Order dated January 10, 2025, further adjourned the initial pretrial conference scheduled for January 15, 2025, to January 29, 2025. The Order also directed Defendant G&S Concepts, Inc., to answer or otherwise respond to the Complaint by January 17, 2025. If Defendant G&S Concepts, Inc., failed to do so, Plaintiffs were directed to file their default judgment materials by February 4, 2025.

  WHEREAS, Defendant G&S Concepts, Inc., has failed to file an answer or response to the Complaint. It is hereby

  **ORDERED** that the initial pretrial conference scheduled for January 29, 2025, is **CANCELLED**. It is further

**ORDERED** that, by **February 4, 2025**, Plaintiffs shall file a proposed Order to Show Cause for default judgment and related papers pursuant to the Court's local rules.  It is further

**ORDERED** that the above-named Defendant show cause before the Honorable Lorna G. Schofield on conference line (855) 244-8681 and enter the access code 23111938649 on **February 12, 2025, at 4:10 P.M.** why an Order should not be issued pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2 entering default judgment in favor of Plaintiff and other relief the Court deems equitable and just.  Defendant may file papers in opposition in advance of the hearing. It is further

**ORDERED** that, by **January 31, 2025**, Plaintiff shall file proof of service of a copy of this Order on Defendant.

Dated: January 27, 2025
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**