**MS&B**  McMANIMON • SCOTLAND • BAUMANN

75 Livingston Avenue, Roseland, NJ 07068 (973) 622-1800

30125-001

**Sari B. Placona**
**Direct: (973) 721-5030**
splacona@msbnj.com

February 5, 2025

**VIA ECF**

Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application **GRANTED in part**. The show cause hearing scheduled for February 12, 2025, is **ADJOURNED** to **February 18, 2025, at 3:15 P.M**. The conference will be in person at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007 at Room 1106. By **February 13, 2025**, Defendant shall file an opposition to Plaintiff's motion for default judgment. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 38.
>
> Dated: February 7, 2025
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   **Trustees of the New York City District Council of Carpenters, et. al v. G & S Concepts, Inc. and Prime Installations**
      **Docket No. 1:24-cv-08250-LGS**

Dear Judge Schofield:

The undersigned represents G & S Concepts, Inc. ("G&S") in the above captioned matter which was filed on October 30, 2024. Please allow this correspondence to serve as G&S' Letter Motion, pursuant to Local Rule 7.1(d), to adjourn and reschedule the hearing on the Plaintiff's proposed Order to Show Cause, currently scheduled for February 12, 2025, at 4:10 P.M.

The hearing on the Plaintiff's proposed Order to Show Cause is set before Your Honor on February 12, 2025, at 4:10 P.M. I am speaking that day at a conference in Las Vegas and unable to attend. With the consent of Plaintiff's counsel, Maura Moosnick, Esq., we respectfully request an adjournment of this hearing due to this scheduling conflict. We request the hearing, if granted, be adjourned to February 19 or 21, 2025, at 4:10 P.M., if the Court's calendar allows. This is G&S' first request for an adjournment of this hearing.

Thank you for Your Honor's courtesy and consideration in reviewing our request.

Sincerely,

*/s/ Sari B. Placona*

Sari B. Placona