**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND et al.,

                    Plaintiffs,                    24 **CIVIL** 8250 (LGS)

        -against-                        **JUDGMENT**

PRIME INSTALLATIONS INC. & G&S
CONCEPTS, INC.,

                    Defendants.
---------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 10, 2026, that the Report is ADOPTED in full. Plaintiffs

are awarded $624,635.58, consisting of $612,566.92 in damages, $11,312.30 in reasonable

attorneys' fees and $756.36 in costs, and post-judgment interest at the statutory rate; accordingly,

the case is closed.

**Dated:** New York, New York

      April 13, 2026

                                   **TAMMI M. HELLWIG**

                                   _____
                                    **Clerk of Court**

           **BY:**

                                     _____
                                     **Deputy Clerk**